IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| **VENETRICE ABERDEEN** | * | **Chapter 13** |
| Debtor | * | **Case No.: 19-19495** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**EMERGENCY MOTION FOR RECONSIDERATION OF
DISMISSAL OF CHAPTER 13**

Now Comes Venetrice Aberdeen, "Debtor" by her attorneys Kim Parker, Esq. and the Law Offices of Kim Parker P.A. and files this Emergency Motion for Reconsideration of Dismissal of Chapter 13 and state in support thereof:

1. The Debtor filed for bankruptcy protection on July 14, 2019. The Debtor was required to file an amended plan by December 2nd, 2019.

2. The Debtor did not file the plan as required due to Counsel's hospitalization and on December 6, 2019 the Court dismissed the Debtor chapter 13 for failure to timely file an amended plan.

3. Simultaneously with the filing of this Motion for Reconsideration the Debtor has filed the required Amended Chapter 13 Plan.

4. The Debtor is current with her chapter 13 plan payments to the Trustee.

5. The Debtor proposed her plan in good faith and avers her reorganization is feasible assuming her pending loan modification is approved by her mortgage company.

6. That the Debtor filed her Chapter 13 in good faith and her residence is her single significant asset.

7. The Debtor's creditors would not be harmed or prejudiced if the case is reinstated and proceed on its merits. Whereas the Debtor will be irreparable harmed should the Court deny her motion.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully request her Chapter 13 case be reinstated and the Court permit her case to move forward to reorganization.

Respectfully submitted ,
LAW OFFICES OF KIM PARKER P.A.

/s/ Kim  Parker

Kim  Parker, Esq., Trial Bar No.: 23894
2123 Maryland Ave
Baltimore, Maryland 21218
Phone: 410-234-2621
Fax: 410-234-2612
E-mail: lawoffkimparker@aol.com

**Certificate of Service**

I hereby certify that on this 16th, day of December, 2019 of the foregoing Emergency Motion for Reconsideration of Dismissal of Chapter 13 Case was mailed by electronic mail to : Rebecca A. Herr, Chapter 13 Trustee, via ecf@ch13md.com and via postage pre-paid mail to Creditors of record consistent with the attached mailing matrix.

 /s/ Kim Parker

Kim Parker, Esq.